IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES WILLIAMS, | * |
| Petitioner, | * |
| v. | Case No.   5:20-CV-125-MTT |
| | * |
| Commissioner TIMOTHY C. WARD, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 14, 2020, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 15th day of October, 2020.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk